petitioner. *J. D. Buckman, Jr.*, Attorney General of Kentucky, and *Squire N. Williams, Jr.*, Assistant Attorney General, for respondent.

No. 705. RAMSEY ET AL., TRUSTEES, *v.* UNITED STATES. Court of Claims. Certiorari denied. *William Ritche* for petitioners. *Solicitor General Perlman* for the United States.

No. 720. BRENNAN ET AL. *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. ET AL.; and
No. 728. SWITCHMEN'S UNION OF NORTH AMERICA ET AL. *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. ET AL. Court of Appeals of New York. Certiorari denied. *Thomas J. McKenna* for petitioners in No. 720 and Brotherhood of Railroad Trainmen, respondent in No. 728. *Harold C. Heiss* for petitioners in No. 728. *Rowland L. Davis, Jr.* for the Delaware, Lackawanna & Western Railroad Co., respondent. Reported below: 303 N. Y. 411, 103 N. E. 2d 532.

No. 735. HY-V COMPANY, INC. *v.* CAMPBELL SOUP Co. United States Court of Customs and Patent Appeals. Certiorari denied. *Thomas L. Mead, Jr., Francis C. Browne, William E. Schuyler, Jr.* and *Andrew B. Beveridge* for petitioner. *Ellis W. Leavenworth, Leslie D. Taggart* and *Tracy R. V. Fike* for respondent.

No. 737. CHOURNOS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Shirley P. Jones* for petitioner. *Solicitor General Perlman, Assistant Attorney General Underhill, Roger P. Marquis* and *John C. Harrington* for the United States.